# Morris, Nichols, Arsht & Tunnell LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

RODGER D. SMITH II
(302) 351-9205
rsmith@morrisnichols.com

July 5, 2022

The Honorable Richard G. Andrews                              *VIA E-FILING*
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

      Re:    *Grabber Construction Products, Inc. v. E Com Media LLC*,
            C.A. 22-493 (RGA) (D. Del.)

Dear Judge Andrews:

      In connection with the Rule 16 Scheduling Conference set for Thursday, July 7, 2022, at 11:30 am, the parties jointly submit the attached agreed-upon proposed Rule 16 Scheduling Order for the Court's consideration.

      Respectfully,

      */s/ Rodger D. Smith*

      Rodger D. Smith II (#3778)

RDS/rah
Enclosure
cc:    All Counsel of Record (*via* CM/ECF and e-mail)